**RECEIVED** KRA
7/18/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Defendant- Mcdonalds

**Key**

☺ - mcdonalds presented information

    Mcdonalds presented information- subjected but not limited to the visual aids provided around the workplace to aid identification and operation of positions.

# 1:22-CV-03722

Mcdonalds situation

JUDGE GETTLEMAN
MAGISTRATE JUDGE MCSHAIN

Clients Point of View-

**RANDOM**

    **Manager on duty while client is on floor** - Sabado

    **Positions**
  Lisa- Manager
☺*"Fries"*- Douglas
☺*"Mcafee"*- Kristeen
☺*"window"*- Alyssa `
☺ *"Bagging"*- **Sabado°,**

**The situation as perceived**

    I am a Employee within the Mcdonald's corporation. Managers having **elevated Responsibilities and privileges.** One of the beloved privileges that Managers have is bagging food°. I was working in the *"Fries" position* at Mcdonalds. When a problem arises upon the floor. **Sabado**, Which was bagging food, poorly identified the classification of error within **her floor**. I won't get much into this because **Sabado, being a Manager, should already know how to pinpoint an error within the workplace.**

    I, while operating *"Fries"* were providing fast, consistent fresh fries. In layman terms as a car came to the window, their fries were ready. Sabado, as I was working my position, continuously told me to drop baskets as I was already handling my position to par with the workload I had. Verbally communicating to my coworker, Sabado, "I have all the fries up". At this point I was confused why my manager would continue to show passive aggression towards my position, "I need a large", "put another **Double*** basket down". **Continually implementing we need more fries when we just didn't.** My tasks as a fry guy were already fulfilled. Yet my manager is still classifying me as the problem.

    Shortly after this incident, I looked behind me and my manager bagging food was not there bagging food. I briefly saw Sabado grab her purse and walk out of the situation. Indicating she clocked out. **This leaves me perplexed.** I see this wave of food just being pushed through a bagging station. I froze.

Lisa walks in parallel to the break room. Kristina approaches fries and starts dropping baskets. **I DIDN'T KNOW WHAT TO DO.** Lisa abruptly told me I was still on fries. I could not fill a position that was already filled by Kristina. I presented this with my body language. I was stuck in a position in which I did not have authority to direct the crew.

"*What happened to sabado?*" I said. Lisa took this as an act of aggression, which was verbally presented and <u>unprofessional</u>. Asserting myself to direct the conversation "can we have professional mannerisms?" Empasing professional, as Lisa ( A Manager) took a turn of unprofessionalism, so as of I. **My manager told me I was let go**.Sarcastically responding, "where" as I was no longer a McDonald's employee. "home". **I clocked out.** As I left I said I'll be back on my next scheduled day.

### I Knew The Law was Broken

According to the Equal Employment Opportunity Act presented by the Department of Labor, "CRC also assures equal opportunity for all applicants to and employees of DOL**."** As already being an employee, this act is already present within the floor.

Since i was already terminated from McDonalds the EEO states "laws prohibit specific types of job discrimination in certain workplaces." Which was violated. I was terminated for another's person's responsibilities, which were a manager's responsibility to direct a floor.

I feel this way because as it states in the Merriam-Webster dictionary it clearly defines discrimination as "The quality or power of finely distinguishing". Discriminating the employee.

> My floor manager, Sabado, fled the workspace with no dictation to her employees. Which concluded me with termination. I would like large financial compensation **from McDonalds** for violating one of the commanding laws of the DOL. Which I represent being an employee of, as of now, being unlawfully terminated.

McDonalds current shareholder value is currently valued ~280$ per share. With a total Net worth of 128.7 billion dollars. I believe it is reasonable to ask for at least 1% of that for compensation. To a total of 2 Billion dollars. Funded to me, which may vary upon review with a lawyer in a positive view for the client.

*Emphasized for importance. Double baskets puts strain on friers, makes the oil dirtier faster, and outright not protocall.

Given the situation I have obtained the clock out data that states, Sabado, was in fact, off duty and left the floor. Also along with the camera information from that day if needed per direction of the judge, given a defense of any actions or disturbances that McDonald's claim to have been done on the floor.

DOL vs McDonalds

EEO Justifying My Client (Douglas)